```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

      v.       Criminal No. 07-50037-002

RONALD ANTONIO MOOREHEAD                                    DEFENDANT

### O R D E R

Now on this 19th day of March, 2008, comes on for consideration the government's **Motion To Amend Indictment** (document #50), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and the Court will allow the Indictment in this matter to be amended to reflect that the penalty provision in the caption and in Count Five be shown as **21 U.S.C. §841(b)(1)(A)(iii).**

**IT IS SO ORDERED.**

```
                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE
```