```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                              PLAINTIFF

      v.      Criminal No. 07-50037-002

**RONALD ANTONIO MOOREHEAD**                                              DEFENDANT

## O R D E R

Now on this 28th day of March, 2011, come on for consideration the following:

    \*    defendant's **Motion To Impose A Sentence Sufficient But Not Greater Than Necessary Pursuant To 18 U.S.C. § 3553(a)** (document #77);

    \*    defendant's **Motion For Court To Adopt A 1 To 1 Crack/Powder Ratio In Defendant's Case** (document #78); and

    \*    **Magistrate Judge's Report And Recommendation** (document #83).

Defendant has made no objection to the Magistrate Judge's Report And Recommendation, and the Court, having carefully reviewed it, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation,** defendant's **Motion To Impose A Sentence Sufficient But Not Greater Than Necessary**

**Pursuant To 18 U.S.C. § 3553(a)** (document #77) is **denied.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation,** defendant's **Motion For Court To Adopt A 1 To 1 Crack/Powder Ratio In Defendant's Case** (document #78) is **denied.**

**IT IS SO ORDERED.**

                                                    **/s/ Jimm Larry Hendren**
                                                    **JIMM LARRY HENDREN**
                                                    **UNITED STATES DISTRICT JUDGE**