IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                              CASE NO. 5:07-CR-50037

RONALD ANTONIO MOOREHEAD                                                       DEFENDANT

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 143) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on September 25, 2019. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 143) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Motion for Corrected Judgment and Commitment (Doc. 139) is **DENIED without prejudice to Defendant filing a § 2241 petition in the appropriate district after he has exhausted the Bureau of Prison's administrative remedies**.

**IT IS SO ORDERED** on this 16th day of October, 2019.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE